AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth B Evans, II<br>*Petitioner*<br>v.<br>Warden Wallace<br>*Respondent* | )<br>)<br>)   Civil Action No.   2:21-cv-01973-HMH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ORDERED that Evans' 2254 Petition, docket number [1,] is dismissed with prejudice. It is further ORDERED that a certificate of appealability is denied because Evans has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   April 29, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Snipes

*Signature of Clerk or Deputy Clerk*